**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **JOSEPHINE ZINNAH,**<br>**Plaintiff**<br><br>**v.**<br><br>**LONG ERM SERVICES AND SUPPORTS COMMUNITY PARTNERS, OPEN SKY, CENTRO LAS AMERICA, and EMPIRE LOANS,**<br>**Defendants** | ) | **CIVIL ACTION**<br>**NO. 25-40191-MRG** |

**ORDER**
**September 8, 2026**

**GUZMAN, D.J.**

On August 5, 2026, the Court granted Josephine Zinnah's motion for leave to proceed *in forma pauperis* and denied without prejudice her motions for a restraining/harassment order. (ECF 11). The Court informed Zinnah if she wishes to prosecute this action, she must, within twenty-eight (28) days, file an amended complaint that provides a basis for this Court's jurisdiction and states a plausible claim upon which relief may be granted. Id. And the Court further informed Zinnah that failure to comply with its order may result in dismissal of her action.

Zinnah has not, to date, responded to the Court's order and the time to do so has expired. This Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute her action and comply with the Court's orders. See Fed. R. Civ. P. 41(b); Santos v. Dep't of Educ. of Com. of Puerto Rico, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act sua sponte to dismiss a suit for failure to prosecute"); Cintron-Lorenzo v. Departamento de

Asuntos del Consumidor, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b).").

Dismissal is warranted here. Zinnah's failure to respond to the Court's order indicates that she may no longer wishes to pursue this case. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter a separate order of dismissal.

**So Ordered.**

/s/ Margaret R. Guzman
Margaret R. Guzman
United States District Judge

Dated: September 8, 2026